UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Coquette April Frost,

   Petitioner,

v.                 Civ. No. 15-1635 (JNE/BRT)
                    ORDER

Julie Nicklin, Warden,

   Respondent.

   This matter is before the Court on a Report and Recommendation issued by the Honorable Becky R. Thorson, United States Magistrate Judge, on April 27, 2015. No objections to the Report and Recommendation have been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 3].

Therefore, IT IS ORDERED THAT:

1.  Frost's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED without prejudice for lack of subject matter jurisdiction; and

2.  Frost's motion for appointment of counsel [Docket No. 2] is DENIED as moot.

Dated: May 27, 2015

                   s/Joan N. Ericksen
                   JOAN N. ERICKSEN
                   United States District Judge